THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| NATHAN W. HANKS and REALSOURCE EQUITY SERVICES, LLC, <br><br>        Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> MICHAEL S. ANDERSON; AKA PARTNERS, LC; KENT ANDERSON; and MICHAEL HOWARD <br><br>        Defendants and Counterclaimants. | **MEMORANDUM DECISION AND ORDER ADOPTING [162] REPORT AND RECOMMENDATION** <br><br> Case No. 2:19-cv-00999-DBB-DAO <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

The Report and Recommendation issued by United States Magistrate Judge Daphne A. Oberg on December 16, 2021 recommends that Defendants Anderson and Howard's Motion to Amend the Counterclaim be granted in part and denied in part.[1] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service.[2] No party filed an objection.

Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the analysis and conclusions of the Magistrate Judge are sound, the Report and Recommendation is adopted.

---

[1] Report and Recommendation, ECF No. 162 at 1–2.

[2] *Id.* at 24.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[3] is ADOPTED.

Defendants' Motion to Amend is GRANTED IN PART and DENIED IN PART.

Signed January 12, 2022.

BY THE COURT

David Barlow
United States District Judge