THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| NATHAN W. HANKS and REALSOURCE EQUITY SERVICES, LLC,<br><br>Plaintiffs/Counterclaim Defendant,<br><br>v.<br><br>MICHAEL S. ANDERSON, AKA PARTNERS, LC, KENT ANDERSON, MICHAEL HOWARD, and GREENFILL WOODLAND CREEK APTS, LLC,<br><br>Defendants/Counterclaim Plaintiffs. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:19-cv-00999-DBB-DAO<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

For the reasons stated in the court's November 21, 2025 Memorandum Decision and Order, judgment is entered in favor of Michael S. Anderson on his contract claims. Accordingly, the court awards damages in the amount of $846,951.87 plus attorney fees and costs. The court enters judgment against all other parties on the remaining claims. This matter is dismissed with prejudice. The Clerk of Court is directed to close this case.

Signed November 21, 2025.

BY THE COURT

_____
David Barlow
United States District Judge